# IN THE SUPREME COURT OF THE STATE OF NEVADA

GENE ANTHONY ALLEN,
              Appellant,
         vs.
L.C.C.; AND N.D.O.C.,
            Respondents.

No. 76461

FILED

AUG 03 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a purported district court order dismissing appellant's case. Eleventh Judicial District Court, Pershing County; Jim C. Shirley, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal fails to identify any appealable order. And it appears from the district court docket entries that no appealable order has been entered. *See* NRAP 3A. A notice of appeal filed before entry of a final written judgment is premature and of no effect. *See* NRAP 4(a)(1); *Rust v. Clark Cty. Sch. Dist.*, 103 Nev. 686, 747 P.2d 1380 (1987). We conclude that we lack jurisdiction and we

ORDER this appeal DISMISSED.

                             Cherry , J.
                         Cherry

_____ , J.                _____ , J.
Parraguirre                            Stiglich

18-29862

cc: Hon. Jim C. Shirley, District Judge
Gene Anthony Allen
Attorney General/Carson City
Pershing County Clerk